934 A.2d 1161

**Dennis Lee SHEFFIELD, Appellant,**

**v.**

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS and Pennsylvania Board of Probation And Parole, Appellees.**

Supreme Court of Pennsylvania.

Oct. 24, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 24th day of October, 2007, the order of the Commonwealth Court is **AFFIRMED.**

Justice FITZGERALD dissents.